STATE OF OREGON,
*Respondent,*

*v.*

BRYAN LEE MIKESELL,
*Appellant.*

(94C-21729; CA A89604)

920 P2d 566

Garrett A. Richardson filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Eleanor E. Wallace, Assistant Attorney General, filed the brief for respondent.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Affirmed. *State v. Whittlinger*, 142 Or App 308, 919 P2d 1206 (1996).